# United States District Court
# For The Western District of North Carolina
# Charlotte Division

In re: Martha Medlock Gallagher,
    Debtor.
_____

Susan F. Keever,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:10cv237

Martha Medlock Gallagher,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by appeal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2011 Order.

Signed: March 25, 2011

Frank G. Johns, Clerk
United States District Court